UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00377

**Keithen O. Johnson,**
*Plaintiff,*
v.
**Gregg County Jail et al.,**
*Defendants.*

## ORDER

Plaintiff Keithen O. Johnson, proceeding pro se and in forma pauperis, filed the above-styled civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love, who issued a report (Doc. 10) recommending that plaintiff's complaint be dismissed with prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b)(1). This court reviews the findings and conclusions of the magistrate judge de novo only if a party objects within fourteen days of service of the report and recommendation. 28 U.S.C. § 636(b)(1). No objections were filed.

Accordingly, the court reviews the magistrate judge's findings for clear error or abuse of discretion and reviews his legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989) (holding that, if no objections to a magistrate judge's report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

The court finds no clear error on the face of the record. Accordingly, the court **accepts** the findings and conclusions of the magistrate judge as the findings and conclusions of the court. The complaint is **dismissed with prejudice** for failure

- 2 -

to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1).

*So ordered by the court on March 1, 2021.*

J. CAMPBELL BARKER
United States District Judge